UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-114-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JEROME DEMOND WRIGHT | ) | |

Upon the motion of the Government, and for the reasons set forth therein, and consistent with the opinion of the United States Court of Appeals for the Fourth Circuit in United States v. Simmons, ___ F.3d ___, 2011WL3607266 (Aug. 21, 2011), the Indictment as to this defendant in this action is hereby dismissed.

This the 7 day of November, 2011.

TERRENCE W. BOYLE
United States District Judge